UNITED STATES v. TSUNEZO KUSANO.

(Circuit Court of Appeals, Ninth Circuit.   October 6, 1914.)

No. 2319.

Appeal from the District Court of the United States for the Territory of Hawaii; Sanford B. Dole, Judge.

In the matter of the application of Tsunezo Kusano for writ of habeas corpus. From an order granting the writ, the United States appeals. Reversed.

John W. Preston, U. S. Atty., of San Francisco, Cal., and Earl H. Pier, Sp. Asst. U. S. Atty., of San Francisco, Cal., for appellant.

Before GILBERT and ROSS, Circuit Judges, and DIETRICH, District Judge.

GILBERT, Circuit Judge. The facts set forth in the petition for the writ of habeas corpus in this case are identical with those which were under consideration in United States v. Tsurukichi Nakao, 217 Fed. 49, which has just been decided by this court.

Upon the grounds stated in the opinion in that case, the judgment of the court below is reversed, and the cause remanded to the court below, with instructions to remand the appellee to the custody of the officers from whom he was taken.